IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:08-cv-00099-MP-AK

REAL PROPERTY LOCATED AT
21530 NW 209th TERRACE,
HIGH SPRINGS, FLORIDA, WITH
ALL IMPROVEMENTS AND
APPURTENANCES THEREON

    Defendant.
_____/

## **DECREE OF FORFEITURE**

    This matter is before the Court on Doc. 22, Motion for Forfeiture of Property, filed by the United States of America. On April 29, 2008, a Verified Complaint of Forfeiture In Rem against the defendant property, 21530 NW 209th Terrace, High Springs, Florida, with all improvements and appurtenances thereon, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C.A. § 881(a)(7).

    It appears that process was fully issued in this action according to law.

    That a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning September 17, 2008 pursuant to Rule G(4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

    That no person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

1. 21530 NW 209th Terrace, High Springs, Florida, more particularly described in Doc. 22, Part 3, Exhibit A, shall be forfeited to the United States of America and no right, title, or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this  *19th* day of August, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge